```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

In Re: Roscoe Whitney                         Case No. 1:20-mc-8-LM

                    NOTICE OF PROVISIONAL SEAL

The above noted matter has been provisionally sealed pending your review.  If a motion to seal in accordance with the provisions of LR 83.12 is not filed by Monday, February 10, 2020, the case will be unsealed.

                                              Daniel J. Lynch
                                              Clerk of Court

Date: January 31, 2020

Cc: James B. Reis, Esquire